IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | NO. 5: 09-PO-07-09 (CWH) |
| GLENN S. VANN, | VIOLATION: Driving Vehicle Off Road |
| Defendant | |

## O R D E R

The Government's Motion to Dismiss having been read and considered, and it appearing that said motion ought to be granted;

IT IS ORDERED and DIRECTED that the Motion to Dismiss is GRANTED and that the matter against GLENN S. VANN is dismissed without prejudice.

SO ORDERED AND DIRECTED, this 21st day of SEPTEMBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE